# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 1, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No.   14-1447,        Nationwide Mutual Insurance Co v. Selective Insurance Company of
                      1:13-cv-00104-IMK

TO:   Brian S. Kane

FILING CORRECTION DUE:  August 6, 2014

Please make the correction identified below and file a corrected document by the date indicated.
_____

 [x] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Taline A. Fischer, Deputy Clerk
804-916-2704